| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Paradox Resources, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
46-1590256

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 500 Dallas Street<br>Suite 1650<br>Houston, TX 77002<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Harris<br>County | **Location of principal assets, if different from principal place of business**<br>Colorado<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify:

Debtor **Paradox Resources, LLC**  Case number (*if known*)
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__1330__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Paradox Resources, LLC**  
 Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No  
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**  
District _____ When _____  
Relationship _____  
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
 Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes.  Insurance agency _____  
   Contact name _____  
   Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999

■ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
■ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

Debtor **Paradox Resources, LLC**
Name

Case number (*if known*)

☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Paradox Resources, LLC**
      Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 22, 2023**
MM / DD / YYYY

X **/s/ Todd A. Brooks**
Signature of authorized representative of debtor

**Todd A. Brooks**
Printed name

Title **CEO**

**18. Signature of attorney**

X **/s/ Matthew Okin**
Signature of attorney for debtor

Date **May 22, 2023**
MM / DD / YYYY

**Matthew Okin**
Printed name

**Okin Adams Bartlett Curry LLP**
Firm name

**1113 Vine St., Suite 240**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone **(713) 228-4100**     Email address **info@okinadams.com**

**00784695 TX**
Bar number and State

Debtor  **Paradox Resources, LLC**  Case number (*if known*) _____
       Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter  __11__

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Capital Commercial Development, Inc.** | | Relationship to you | |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | **Four Corners Energy, LLC** | | Relationship to you | |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | **Four Corners Pipeline, LLC** | | Relationship to you | |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | **Neuhaus Barrett Investments, LLC** | | Relationship to you | |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | **Paradox Midstream, LLC** | | Relationship to you | |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | **Paradox Upstream, LLC** | | Relationship to you | |
| District | _____ | When _____ | Case number, if known | _____ |

**PARADOX RESOURCES, LLC**

**UNANIMOUS CONSENT OF THE BOARD
OF DIRECTORS IN LIEU OF SPECIAL MEETING**

The undersigned, being the Sole Manager and Chairman of the Board of Directors (the "Board") of Paradox Resources, LLC, a Texas limited liability company (the "Company"), does hereby consent to the adoption of, and hereby ratify, the resolutions attached hereto as Exhibit A, which resolutions shall be deemed to be adopted as of the date hereof and to have the same force and effect as if such resolutions were adopted by the Board at a duly convened meeting held for such purpose.

IN WITNESS WHEREOF, the undersigned has executed this consent as of the 22nd day of May, 2023.

                                              **PARADOX RESOURCES, LLC**

By: _____
     Name: Todd A. Brooks
     Title: Chairman & Manager

**EXHIBIT A**

**RESOLUTIONS OF THE BOARD OF DIRECTORS**

**WHEREAS**, the Board of Paradox Resources, LLC, a Texas limited liability company, has reviewed the materials presented by the management of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the business of the Company and its subsidiaries and affiliates;

**WHEREAS**, the Board has had the opportunity to consult with management of the Company and advisors and fully consider each of the strategic alternatives available to the Company and its subsidiaries and affiliates;

**WHEREAS**, the Board has deemed it advisable and in the best interests of the Company, it creditors, members, and other interested parties, that the Company and certain of its subsidiaries and affiliates, including (i) Paradox Upstream, LLC; (ii) Paradox Midstream, LLC; (iii) Capital Commercial Development, Inc.; (iv) Neuhaus Barret Investments, LLC; (v) Four Corners Energy, LLC; and (vi) Four Corners Pipeline, LLC (collectively, the "Affiliates" and together with the Company, the "Debtors"), file voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (the "Bankruptcy Code") for the purpose of restructuring Company's business affairs; and

**WHEREAS**, Article V of that certain Restated and Amended Limited Liability Company Agreement of Paradox Resources, LLC (the "Company Agreement"), authorizes the Board, by written consent, to take any action required or permitted by law or the Company Agreement.

**NOW THEREFORE, BE IT:**

*Chapter 11 Filings*

**RESOLVED**, that the Board has determined that it is desirable and in the best interests of the Company, its equity holders, its creditors as a whole, and other parties in interest, that the Company and its Affiliates file voluntary petitions for relief (the "Petitions") and commence cases (the "Chapter 11 Cases") under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"); and further

**RESOLVED**, that the Board hereby authorizes, directs, empowers and appoints Todd A. Brooks as the Company's representative (the "Authorized Representative"), acting in the name and behalf of the Company and its Affiliates, to: (i) verify and execute the Petitions as well as all other ancillary documents, and to cause the Petitions to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petitions or ancillary documents; (ii) execute, verify, and file or cause to be filed all of the petitions, schedules, lists, motions, applications, and other papers or documents advisable, appropriate, convenient, desirable or necessary in connection with the foregoing; and (iii) to conduct the restructuring and execute all documents or papers necessary or desirable to effectuate the proposed restructuring; and further

**RESOLVED**, that the Board hereby authorizes, directs, and empowers Douglas J. Brickley as the Chief Restructuring Officer (the "CRO") of the Company and its Affiliates, with all of the of the powers and authority expressly delegated to the CRO by the Authorized Representative, and to assist the Authorized Representative in carrying out his duties, as set out herein, in connection with the Chapter 11 Cases. Such duties of the CRO shall include, but not be limited to:

1. Direct and confer with retained estate professionals, including but not limited to Debtors' legal counsel, financial and restructuring advisors, investment bankers and brokers;
2. Communicate with creditors of the Debtors and meet with representatives of such constituencies;
3. Monitor and manage the Debtors' cash management, including bank accounts containing the Debtors' funds;
4. Negotiate the terms of any debtor-in-possession financing or agreement regarding the use of cash collateral;
5. Negotiate any restructuring support agreements or plans of reorganization for the Debtors;
6. Prepare and approve statements of financial affairs, schedules, first day motions and other regular motions and reports required by the Bankruptcy Court or which Debtors are otherwise obligated to prepare and provide;
7. Retain additional estate professionals as the CRO and Authorized Representative deem advisable in furtherance of the foregoing, subject to the requirements of the Bankruptcy Code and Bankruptcy Rules;
8. Negotiate the terms of any proposed sale of the Debtors' property.

All such powers granted to the CRO above shall also be expressly retained by the Authorized Representative, and the CRO shall act only after consultation with the Authorized Representative and shall not act contrary to the direction of the Authorized Representative, provided, however, that in circumstances where the Authorized Representative shall have a conflicting interest, as determined by the CRO and Authorized Representative together, the CRO shall have authority to act independently and without consultation with the Authorized Representative.

*Retention of Professionals*

**RESOLVED**, that the Board hereby authorizes and directs the Authorized Representative, in the name and on behalf of the Company and its Affiliates, to employ any individual and/or firm as counsel, professionals, consultants or financial advisors to the Company or its Affiliates as the Authorized Representative may deem advisable, appropriate, convenient, desirable or necessary to represent and assist the Company or its Affiliates in carrying out their duties under the Bankruptcy Code and any other applicable law; and further

**RESOLVED**, that the Authorized Representative is authorized, directed, and empowered in the name of, and on behalf of the Company and its Affiliates, to employ Stout Risius Ross, LLC ("Stout") as restructuring advisors to represent and assist the Company and its Affiliates in carrying

out their duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of the Company and its Affiliates; and in connection therewith, the Authorized Representative is authorized and directed, in the name and on behalf of the Company and its Affiliates, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petitions and to cause to be filed an appropriate application to retain the services of Stout; and further

      **RESOLVED**, that the Authorized Representative is authorized, directed, and empowered in the name of, and on behalf of the Company and its Affiliates, to employ the law firm of Okin Adams Bartlett Curry LLP ("Okin Adams") to represent the Company and its Affiliates as general bankruptcy counsel and to represent and assist the Company and its Affiliates in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of the Company and its Affiliates, including the preparation of pleadings and filings in the Chapter 11 Cases; and in connection therewith, the Authorized Representative is authorized and directed, in the name and on behalf of the Company and its Affiliates, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petitions and to cause to be filed an appropriate application for authority to retain the services of Okin Adams; and further

      **RESOLVED**, that the Authorized Representative is authorized, directed, and empowered in the name of, and on behalf of, the Company and its Affiliates, to employ the firm of Donlin, Recano & Company, Inc. ("DRC") as notice, claims, and balloting agent to represent and assist the Company and its Affiliates in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of the Company and its Affiliates; and in connection therewith, the Authorized Representative, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of DRC; and further

*General Resolutions*

      **RESOLVED**, that in addition to the specific authorizations heretofore conferred and directed upon the Affiliates of the Company, each of the Affiliates and their respective officers, directors, managers, members, boards of directors or other agents are authorized and directed to take all actions necessary and appropriate to effectuate the foregoing resolutions, including, for the avoidance of doubt preparing the respective Petitions and filing the respective Chapter 11 Cases of the Affiliates; and further,

      **RESOLVED**, that in addition to the specific authorizations heretofore conferred and directed, the Authorized Representative be, and hereby is, authorized and empowered, in the name of and behalf of the Company and its Affiliates, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each as in such Authorized Representative's judgment, shall be necessary, appropriate, desirable, or proper in order to fully carry out the intent and accomplish the purposes of these resolutions adopted herein; and

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company and its Affiliates, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, confirmed, and ratified as the true acts and deeds of the Company and its Affiliates with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Board.

*   *   *

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Paradox Resources, LLC, et al. |
| **United States Bankruptcy Court for the:** Southern District of Texas |
| **Case number (if known):** 23-_____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis

12/15

A list of creditors holding the 30 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Office Of Natural Resources<br>PO Box 25165<br>Denver CO 80225-0165 | Michael Marchetti<br>Tel: 303-819-6304<br>Michael.Marchetti@onrr.gov | Government | ☐ C<br>☐ U<br>☐ D | | | $1,500,311.53 |
| 2 | Elk Petroleum Aneth, LLC<br>1700 Lincoln Street<br>Suite 2550<br>Denver CO 80203 | Jeff Roedell<br>Tel: 970-646-6696<br>jroedell@elkpetroleum.com | Trade | ☐ C<br>☐ U<br>☑ D | | | $1,341,666.45 |
| 3 | San Juan County Tax Assessor<br>PO Box 817<br>Monticello UT 84535-0817 | Bruce Adams<br>Tel: 435-587-3223 | Tax | ☐ C<br>☐ U<br>☐ D | | | $846,487.59 |
| 4 | Rocky Mountain Power<br>1033 Ne 6th Avenue<br>Portland OR 97256-0001 | | Utilities | ☐ C<br>☐ U<br>☐ D | | | $564,781.99 |
| 5 | US Small Business Administration<br>PO Box 3918<br>Portland OR 97208-3918 | | Bank Loan | ☐ C<br>☐ U<br>☐ D | | | $500,000.00 |
| 6 | Rocky Mountain Natural Gas<br>PO Box 1400<br>Rapid City SD 57709 | Nick Clark<br>Tel: 303-243-3501<br>Nick.Clark@blackhillscorp.com | Utilities | ☐ C<br>☐ U<br>☐ D | | | $459,426.22 |

Debtor **Paradox Resources, LLC, et al.**　　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)* 23-_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Spn Well Services, Inc<br>779 Valley Ct<br>Grand Junction CO 81505 | Kyle DiDonato<br>Tel: 970-257-6170<br>kdidonato@spnws.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $402,784.45 |
| 8 | Tally Drilling, LLC<br>5611 Baird Court<br>Houston TX 77041 | Brian McNutt<br>Tel: 713-443-4669<br>brian.mcnutt@tallyenergy.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $387,548.67 |
| 9 | Halliburton Energy Services Inc<br>3199 D Rd<br>Grand Junction CO 81504 | Mark Mayo<br>Tel: 970-523-3716<br>mark.mayo@halliburton.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $383,119.12 |
| 10 | Phoenix Services LLC<br>1670 Bloomfield Blvd<br>Farmington NM 87401 | Vicki Cox<br>Tel: 505-325-1125<br>Vicki@phoenix-servicesllc.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $277,333.15 |
| 11 | Summit Operating, LLC<br>531 East 770 North<br>Orem UT 84097 | Larry R. Williams<br>Tel: 801-573-2110<br>larry@thesummitcompanies.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $275,669.94 |
| 12 | Ware, Incorporated<br>3401 Bashford Ave Court<br>Louisville KY 40218 | Tel: 502-968-2211<br>sarah.hunley@wareinc.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $273,897.82 |
| 13 | J-W Power Company<br>PO Box 674814<br>Dallas TX 75267-4814 | Janet Peeler<br>Tel: 303-835-3457<br>jpeeler@jwenergy.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $269,579.87 |
| 14 | San Miguel County Treasurer<br>PO Box 488<br>Telluride CO 81435-0488 | Tel: 970-728-4451 | Tax | ☐ C<br>☐ U<br>☐ D | | | $255,846.58 |
| 15 | Sep-Montezuma Creek, LLC<br>531 E 770 N<br>Oren UT 84097 | | Trade | ☐ C<br>☐ U<br>☐ D | | | $250,847.45 |
| 16 | Cutters Wireline Service Inc.<br>905 S Hutton Rd<br>Farmington NM 87401 | Chris Caliendo<br>Tel: 505-327-7141<br>ccaliendo@thewirelinegroup.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $246,132.36 |
| 17 | Tucker Transportation Inc<br>23156 County Road N<br>Cortez CO 81321 | Morgan Tucker<br>Tel: 970-565-0449<br>office@tuckertransportationinc.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $244,873.24 |

Debtor   **Paradox Resources, LLC, et al.**                                                                                   Case number *(if known)* 23-_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | Western Chemical, LLC<br>PO Box 1327<br>Roosevelt UT 84066-1327 | Joe Arnold<br>Tel: 435-823-0797<br>joe@western-chemical.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $214,742.67 |
| 19 | Tops Well Services, LLC<br>3077 Outlet Center Dr.<br>Sealy TX 77474 | Sophie Xu<br>Tel: 979-627-7434*103<br>sxu@topswellservices.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $204,453.46 |
| 20 | Ideal Electric Power Company<br>330 East First Street<br>Mansfield OH 44902-7700 | Calvin Bosma<br>Tel: 419-522-3611<br>accts.receivable@theidealelectric.com | Trade | ☐ C<br>☐ U<br>☑ D | | | $196,305.06 |
| 21 | Quality Compression Serv Inc<br>PO Box 364<br>Dove Creek CO 81324 | Rob Howell<br>Tel: 970-739-5785<br>howell.quality@gmail.com | Trade | ☐ C<br>☐ U<br>☑ D | | | $186,102.82 |
| 22 | United States Treasury<br>Internal Revenue Service<br>Ogden UT 84201-0038 | | Tax | ☐ C<br>☐ U<br>☐ D | | | $181,660.45 |
| 23 | Millennium Contracting, Inc.<br>PO Box 1499<br>Cortez CO 81321 | Tel: 970-564-1808<br>millennium.contracting@yahoo.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $179,551.67 |
| 24 | CJ Construction, Incorporated<br>PO Box 510<br>Montezuma Creek UT 84534 | Corey Johnson<br>Tel: 505-609-5608<br>corey@cjconstructioncorp.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $176,802.31 |
| 25 | Extreme Wireline, Incorporated<br>PO Box 150<br>Vernal UT 84708-0150 | Heather Lamoreaux<br>Tel: 801-633-1569<br>extreme0835@gmail.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $168,026.00 |
| 26 | Capitol Operating Group, LLC<br>5750 Johnston Street, #103<br>Lafayette LA 70503 | Kayla Menard<br>Tel: 337-534-8686<br>kmenard@cogllc.com | Trade | ☐ C<br>☐ U<br>☑ D | | | $162,014.57 |
| 27 | Amplify Energy Operating, LLC<br>500 Dallas Street, Suite 1700<br>Houston TX 77002 | Tel: 713-490-8900<br>donna.tijerina@amplifyenergy.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $149,837.63 |
| 28 | Zeco Equipment, LLC<br>PO Box 1459<br>Vernal UT 84078 | Dwayne Murray<br>Tel: 435-781-0454<br>saiged@zeco.biz | Trade | ☐ C<br>☐ U<br>☐ D | | | $148,609.44 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims   Page 3

Debtor **Paradox Resources, LLC, et al.**  Case number *(if known)* 23-_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29 | Quail Tools, LLC<br>PO Box 10739<br>New Iberia LA 70562-0739 | Mark LeMaire<br>Tel: 970-986-9568<br>marklemaire@quailtools.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $140,495.72 |
| 30 | Insight Environmental, Inc.<br>1330 Rayford Park Road<br>Suite C<br>Spring TX 77386 | | Trade | ☐ C<br>☐ U<br>☑ D | | | $140,438.92 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    Page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Paradox Resources, LLC, et al** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 22, 2023**       X _(signature)_
Signature of individual signing on behalf of debtor

**Todd A. Brooks**
Printed name

**CEO**
Position or relationship to debtor