IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-90558 |
| **PARADOX RESOURCES, LLC,** *et al.*, | § | |
| | § | Chapter 11 |
| Debtors.[1] | § | |
| | § | (Joint Administration Requested) |

**DEBTORS' EMERGENCY *EX PARTE* APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF DONLIN, RECANO & COMPANY, INC. AS CLAIMS AND NOTICING AGENT FOR THE DEBTORS**

**EMERGENCY RELIEF HAS BEEN REQUESTED. RELIEF IS REQUESTED NOT LATER THAN 3:30 P.M. (PREVAILING CENTRAL TIME) ON MAY 24, 2023.**

**IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST APPEAR AT THE HEARING IF ONE IS SET, OR FILE A WRITTEN RESPONSE PRIOR TO THE DATE THAT RELIEF IS REQUESTED IN THE PRECEDING PARAGRAPH. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON MAY 24, 2023 AT 3:30 P.M. (PREVAILING CENTRAL TIME) IN COURTROOM 400, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002.**

**PARTICIPATION AT THE HEARING WILL ONLY BE PERMITTED BY AN AUDIO AND VIDEO CONNECTION.**

**AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE JONES' CONFERENCE ROOM NUMBER IS 205691. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE JONES' HOME PAGE. THE MEETING CODE IS "JUDGEJONES". CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**

**HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE JONES' HOME PAGE. SELECT THE CASE**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Paradox Resources, LLC (7152); Paradox Midstream, LLC (2127); Paradox Upstream, LLC (0256); Capital Commercial Development, Inc. (3124); Neuhaus Barret Investments, LLC (5529); Four Corners Energy, LLC (8159); and Four Corners Pipeline, LLC (8748). The Debtors' service address is: 500 Dallas Street, Suite 1600, Houston, Texas 77002.

**NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

Paradox Resources, LLC, *et al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby file this *Emergency Ex Parte Application for Entry of an Order Authorizing Employment and Retention of Donlin, Recano & Company, Inc. as Claims and Noticing Agent for the Debtors* (the "Application"), and in support hereof, respectfully state as follows:

## I. RELIEF REQUESTED

1. The Debtors seek entry of an order authorizing, the Debtors to employ Donlin, Recano & Company, Inc. ("Agent") as claims and noticing agent in accordance with the terms and conditions set forth in the engagement letter dated May 22, 2023 (the "Engagement Letter") attached as **Exhibit A**. The Application is supported by the *Declaration of Nellwyn Voorhies* attached as **Exhibit B**.

## II. JURISDICTION AND VENUE

2. The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this application pursuant to 28 U.S.C. § 1334.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## III. REQUEST TO EMPLOY AGENT

5. The Debtors request approval to employ Agent to serve as Claims and Noticing Agent in their chapter 11 cases to provide the services outlined in the Engagement Letter. The Debtors believe that Agent's employment is in the best interest of the estates.

6. The Agent's rates are competitive and reasonable. The Agent has the expertise required in a complex chapter 11 case.

4869-5566-8068, v. 2

7. The Debtors request this Court authorize Agent's employment.

## IV. COMPENSATION

8. The Debtors request that Agent's fees and expenses be paid as an administrative expense in the ordinary course of Debtors' business without further application or order of the Court. Should a dispute develop, the matter will be brought to the Court for resolution. Agent agrees to maintain records of all services showing dates, categories of service, fees charged, and expenses incurred.

9. Agent will provide a monthly invoice to Debtors, Debtors' counsel, the U.S. Trustee, counsel for any official committee, and any party-in-interest who specifically requests service of the monthly invoices.

10. Agent was not provided a retainer by the Debtors prior to beginning services, and Agent has not been paid any fees or expenses incurred in connection with these Chapter 11 cases.

## V. INDEMNIFICATION

11. The Debtors have agreed to indemnify the Agent as set forth in the Engagement Letter. Notwithstanding anything to the contrary, the Agent will not be indemnified for liability arising out of gross negligence, willful misconduct, and certain other matters identified in the proposed order.

## VI. DISINTEREDNESS

12. Agent has reviewed its conflict system and determined whether it has any relationships with Debtors' creditors and parties-in-interest. Except as disclosed in the Declaration, Agent represents that it neither holds nor represents any interest materially adverse to the Debtors' estates in connection with any matter on which it would be employed. To the best of Debtors' knowledge, Agent is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code. Agent agrees that it

will supplement its disclosure to the Court if any facts or circumstances are discovered that would require such additional disclosure.

    The Debtors Request that the Court grant the relief requested in this Application.

Respectfully submitted on the 23rd day of May, 2023.

        **OKIN ADAMS BARTLETT CURRY LLP**

        By:    /s/ *Matthew S. Okin*
             Matthew S. Okin
             Texas Bar No. 00784695
             Email: mokin@okinadams.com
             David L. Curry, Jr.
             Texas Bar No. 24065107
             Email: dcurry@okinadams.com
             Ryan A. O'Connor
             Texas Bar No. 24098190
             Email: roconnor@okinadams.com
             1113 Vine St., Suite 240
             Houston, Texas 77002
             Tel: 713.228.4100
             Fax: 888.865.2118

        **PROPOSED ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

    This Application is being filed *ex parte*. Service will only occur by notice on the Court's CM/ECF system.

        By:  */s/ Matthew S. Okin*
             Matthew S. Okin

4