**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 23-90558** |
| **PARADOX RESOURCES, LLC,** *et al.,* | § | |
| | § | **Chapter 11** |
| **Debtors.** | § | |
| | § | **(Joint Administration Requested)** |

**ORDER (I) AUTHORIZING DEBTORS
TO (A) FILE CONSOLIDATED CREDITOR MATRIX AND
A CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS AND
(B) REDACT CERTAIN PERSONAL IDENTIFICATION INFORMATION AND
(II) APPROVING FORM AND MANNER OF NOTIFYING CREDITORS OF
<u>COMMENCEMENT OF CHAPTER 11 CASES AND OTHER INFORMATION</u>
(Relates to ECF # ___)**

The Court considered the *Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix and a Consolidated List of 30 Largest Unsecured Creditors and (B) Redact Certain Personal Identification Information and (II) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and Other Inform* (the "<u>Motion</u>"),[1] filed by Paradox Resources, LLC, *et al*., the above-captioned debtors and debtors in possession (the "<u>Debtors</u>").  The Court having reviewed the Motion and any objections thereto; and based on the matters reflected in the record of the hearing held on the Motion; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); that notice of the Motion was sufficient; and it appearing that the emergency relief requested is in the best interests of the Debtors, their estates, creditors, and other parties in interest, and that good cause has been shown therefore, finds that the Motion should be GRANTED.  It is therefore hereby **ORDERED** that:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1.      The Debtors are authorized, but not directed, to file a Consolidated Creditor Matrix and a Consolidated Top 30 Creditors List.

2.      The Debtors are authorized, but not directed, to redact address information of the Debtors' individual creditors listed on the Consolidated Creditor Matrix.  Upon written request via email, the Debtors shall provide an unredacted version of the Consolidated Creditor Matrix to the Court, the U.S. trustee, and counsel to any official committee appointed in the Chapter 11 Cases; *provided*, *however*, that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity that is not a party to the request.

3.      The Debtors are authorized to serve the Notice of Commencement, substantially in the form attached to the Motion, on all parties listed on the Consolidated Creditor Matrix. Service of the Notice of Commencement shall be deemed adequate and sufficient notice of (i) the commencement of the Chapter 11 Cases and (ii) the scheduling of the meeting of creditors pursuant to section 341 of the Bankruptcy Code.

4.      The Debtors shall cause DRC to post the Notice of Commencement on the case website established by DRC as soon as practicable.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6.      This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: _____, 2023.

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

4894-9409-9299, v. 1