**Paradox Resources, LLC, *et al*.**
Exhibit A - Employee Wages

| Category | Employee Name | Employee Position | Annual Salary / Hourly Rate | Average Semi Monthly Payroll | Esitmated Prepetition Wages Owed |
|---|---|---|---|---|---|
| Salaried | Monica Archer | Accounting/Administrative Assistant | $ 41,599.92 | $ 1,733.33 | $ 1,300.00 |
| Salaried | Jamila Currin | Revenue & Regulatory Accountant | $ 125,000.00 | $ 5,208.33 | $ 3,906.25 |
| Salaried | Ilza Lozano | HR/Office Manager | $ 99,999.84 | $ 4,166.66 | $ 3,125.00 |
| Salaried | David McGowan | Controller | $ 155,000.00 | $ 6,458.33 | $ 4,843.75 |
| Salaried | Jake Roberts | VP Operations | $ 160,000.00 | $ 6,666.67 | $ 5,000.00 |
| Salaried | Coy Young | Plant Manager | $ 180,000.00 | $ 7,500.00 | $ 5,625.00 |
| Salaried | JoAnna Barrett | Counsel and Commercial | $ 180,000.00 | $ 7,500.00 | $ 5,625.00 |
| Salaried | David Dudics | Geologist | $ 60,000.00 | $ 2,500.00 | $ 1,875.00 |
| Salaried | Shelby Gaille | Senior Advisor-Business Development | $ 240,000.00 | $ 10,000.00 | $ 7,500.00 |
| Hourly | Jacob Buffington | Field Operator | $25/hour | $ 2,166.67 | $ 1,625.00 |
| Hourly | Richaard Gersch | Operator 6 | $34/hour | $ 2,946.67 | $ 2,210.00 |
| Hourly | David Hankins | Head of Upstream | $34/hour | $ 2,946.67 | $ 2,210.00 |
| Hourly | Stuart Joseph | Pumper | $28/hour | $ 2,426.67 | $ 1,820.00 |
| Hourly | Scott Shull | Rig Consultant | $33.25/hour | $ 2,881.67 | $ 2,161.25 |
| Hourly | Danny White | Regulatory-Operations/Pumper | $31.85/hour | $ 2,760.33 | $ 2,070.25 |
| Hourly | Trint Barry | Field Operator/Pumper | $26/hour | $ 2,253.33 | $ 1,690.00 |
| Hourly | Cody Funk | Field Operator/Pumper | $28/hour | $ 2,426.67 | $ 1,820.00 |
| Hourly | Wilfred Hill | Master Mechanic | $38/hour | $ 3,293.33 | $ 2,470.00 |
| Hourly | Kirk Thiery | Lease Operator/Pumper | $30/hour | $ 2,600.00 | $ 1,950.00 |
| Hourly | Austin Barnett | Operator 3 | $28/hour | $ 2,426.67 | $ 1,820.00 |
| Hourly | Austin Beanland | Operator 3 | $26/hour | $ 2,253.33 | $ 1,690.00 |
| Hourly | Nick Bradshaw | Plant/Midstream Coordinator | $55/hour | $ 4,766.76 | $ 3,575.07 |
| Hourly | Gregory Buffington | Warehouse Manager | $33/hour | $ 2,860.00 | $ 2,145.00 |
| Hourly | Tristan Ebberts | Operator 3 | $31/hour | $ 2,686.67 | $ 2,015.00 |
| Hourly | Tyler Ebberts | Operator 3 | $28/hour | $ 2,426.67 | $ 1,820.00 |
| Hourly | Mark Granger | Lead Mechanic | $45/hour | $ 3,900.00 | $ 2,925.00 |
| Hourly | Tyler Knuckles | Operator 2 | $35/hour | $ 3,033.33 | $ 2,275.00 |
| Hourly | Lyle Littlefield | Operator 3 | $26/hour | $ 2,253.33 | $ 1,690.00 |
| Hourly | Chris Lucero | General Technician | $30/hour | $ 2,600.00 | $ 1,950.00 |
| Hourly | John Merz | HSE Coordinator | $39/hour | $ 3,380.00 | $ 2,535.00 |
| Hourly | Shane O'Donnal | Operator 1 | $37/hour | $ 3,206.67 | $ 2,405.00 |
| Hourly | Russell Roberts | Lease I&E | $34/hour | $ 2,946.67 | $ 2,210.00 |
| Hourly | Tony Smith | Operator 1 | $37/hour | $ 3,206.67 | $ 2,405.00 |
| Hourly | Drett Smith | Operations Supervisor | $40/hour | $ 3,466.67 | $ 2,600.00 |
| Hourly | Curtis Wyatt | Operator 3 | $31/hour | $ 2,686.67 | $ 2,015.00 |
| Hourly | Harold Cowles | IT Consultant | $40/hour | $ 6,933.33 | $ 5,200.00 |
| Daily | David Drew | VP Business Development | $500/hour | $ 500.00 | $ 375.00 |
| Daily | Westcott Energy, Inc. | Pipeline Supervisor | $500/hour | $ 5,208.33 | $ 3,906.25 |
| Daily | Scott Nowak | VP Land | $550/hour | $ 5,729.17 | $ 4,296.88 |
| Daily | Mont's Pumping, LLC | Pumper | $540/hour | $ 5,625.00 | $ 4,218.75 |
| Daily | Corwyn Yazzie | Measurement Technician | $400/hour | $ 4,166.67 | $ 3,125.00 |
| | | | | $ 154,697.94 | $ 116,023.46 |