**Paradox Resources, LLC,** *et al*.
**Exhibit A - Utility Service List**

| Utility Provider Name | Address | Description of Service Provided | Contract Term | Deposit | Outstanding Prepetition Balance | Estimated Monthly Payment | Applicable Debtor |
|---|---|---|---|---|---|---|---|
| Rocky Mountain Power | P.O. Box 26000 Portland, OR 97256-0001 | Electricity | N/A | $0.00 | $ 385,790.64 | $ 170,000.00 | Midstream |
| Rocky Mountain Power d/b/a Black Hills Pipeline | P.O. Box 26000 Portland, OR 97256-0001 | Gas | N/A | $0.00 | $ 459,426.22 | $ 55,000.00 | Midstream |
| CenturyLink | P.O. Box 4300 Carol Stream, IL 60197-4300 | Telephone | N/A | $0.00 | $ - | $ 65.00 | Midstream |
| Frontier Communications | P.O. Box 211579 Eagan, MN 55121-2879 | Telephone | N/A | $0.00 | $ 266.59 | $ 270.00 | Midstream |
| Sprint - T-Mobile | P.O. Box 4181 Carol Stream, IL 60197-4181 | Telephone | N/A | $0.00 | $ 614.34 | $ 605.00 | Upstream |
| Nucla-Naturita Telephone Co. | P.O. Box 520 Nucla, CO 81424 | Telephone | N/A | $0.00 | $ - | $ 270.00 | Upstream |
| Ring Central, Inc. | Attn: Legal Dept., 20 Davis Drive, Belmont, CA 94002 | Telephone | N/A | $0.00 | $ - | $ 1,350.00 | Corporate |
| Pure Country Water Inc. | P.O. Box 32 Price, UT 84501 | Water | N/A | $0.00 | $ 68.32 | $ 1,100.00 | Midstream |
| Montrose Water Factory, LLC | P.O. Box 367 Montrose, CO 81402 | Water | N/A | $0.00 | $ 15.63 | $ 50.00 | Upstream |
| One Allen Center | 500 Dallas Street Houston, TX 77002 | Water | N/A | $0.00 | $ - | $ 65.00 | Corporate |
| One Allen Center | 500 Dallas Street Houston, TX 77002 | Electricity | N/A | $0.00 | $ - | $ 750.00 | Corporate |
| Empire Electric Association, Inc. | P.O. Box K Cortez, CO 81321 | Electricity | N/A | $0.00 | $ - | $ 45.00 | Midstream |
| Empire Electric Association, Inc. | P.O. Box K Cortez, CO 81321 | Electricity | N/A | $0.00 | $ - | $ 40.00 | Four Corners |
| San Miguel Power Association | P.O. Box 1150 Ridgway, CO 81432-1150 | Electricity | N/A | $0.00 | $ 47.00 | $ 40.00 | Midstream |
| San Miguel Power Association | P.O. Box 1150 Ridgway, CO 81432-1150 | Electricity | N/A | $0.00 | $ 26.00 | $ 30.00 | Upstream |
| Rocky Mountain Power | P.O. Box 26000 Portland, OR 97256-0001 | Electricity | N/A | $0.00 | $ 178,991.35 | $ 4,250.00 | Midstream |
| Solid Waste Special Service District #1 | 2295 S. Hwy 191 Moab, UT 84532 | Waste Removal | N/A | $0.00 | $ 1,055.00 | $ 1,100.00 | Midstream |
| Solid Waste Special Service District #1 | 2295 S. Hwy 191 Moab, UT 84532 | Waste Removal | N/A | $0.00 | $ 725.00 | $ 725.00 | Upstream |
| Bruin Waste Management, LLC | P.O. Box 630 Naturita, CO 81422 | Waste Removal | N/A | $0.00 | $ 214.16 | $ 215.00 | Upstream |
| | | | | | $1,025,246.09 | $235,970.00 | |