**Paradox Resources, LLC, *et al*.**
**Exhibit A - Bank Accounts**

| Bank Name | Associated Entity | Address | Last 4 Digits of Account No. | Account Type / Description | Estimated Bank Balance as of Petition Date | Outstanding Checks | Net Balance |
|---|---|---|---|---|---|---|---|
| Washington Federal Bank | Paradox Upstream | 425 Pike Street   Seattle, WA 98101 | 7254 | Business Checking | $ 136.76 | | $ 136.76 |
| Washington Federal Bank | Paradox Upstream | 425 Pike Street   Seattle, WA 98101 | 2041 | Business Checking | $ 602.16 | | $ 602.16 |
| Wells Fargo Bank, N.A. | Paradox Upstream | 1001 Louisiana Street   Houston, TX 77002 | 0752 | Business Checking | $ 2,666.31 | | $ 2,666.31 |
| Wells Fargo Bank, N.A. | Paradox Midstream | 1001 Louisiana Street   Houston, TX 77002 | 0737 | Business Checking | $ 9,392.49 | ($1,372.08) | $ 8,020.41 |
| Wells Fargo Bank, N.A. | Paradox Midstream | 1001 Louisiana Street   Houston, TX 77002 | 7722 | Business Savings | $ 116.16 | | $ 116.16 |
| | | | | | **$ 12,913.88** | **($1,372.08)** | **$ 11,541.80** |