**Exhibit A**

**Budget**

**PARADOX RESOURCES, LLC**
*5-WEEK CASH COLLATERAL BUDGET*

| | 1st Week - Ch. 11 Filing | | | | | |
|---|---|---|---|---|---|---|
| | *Forecast 1* | *Forecast 2* | *Forecast 3* | *Forecast 4* | *Forecast 5* | |
| | Week Ending 5/28/2023 | Week Ending 6/4/2023 | Week Ending 6/11/2023 | Week Ending 6/18/2023 | Week Ending 6/25/2023 | Total |
| **Cash Flow** | | | | | | |
| **Receipts** | | | | | | |
| Oil Sales | $ - | $ - | $ - | $ - | $ 81,070 | $ 81,070 |
| Gas Sales | $ - | $ - | $ 86,457 | $ - | $ - | $ 86,457 |
| Gas Sales 2 | $ 20,781 | $ - | $ - | $ - | $ 20,162 | $ 40,943 |
| Butane Sales | $ - | $ - | $ 8,540 | $ 8,500 | $ 8,461 | $ 25,501 |
| Propane Sales | $ 8,110 | $ - | $ 10,607 | $ 10,558 | $ 10,509 | $ 39,785 |
| Natural Gasoline Sales | $ - | $ - | $ - | $ - | $ 78,659 | $ 78,659 |
| Helium Sales | $ - | $ 10,999 | $ - | $ 93,750 | $ - | $ 104,749 |
| Copper Mine Sales | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 250,000 |
| **Total Receipts** | $ 78,891 | $ 60,999 | $ 155,604 | $ 162,809 | $ 248,861 | $ 707,164 |
| **Cash Disbursements** | | | | | | |
| **Operating Disbursements** | | | | | | |
| Producer COGS | $ - | $ - | $ 90,583 | $ - | $ - | $ 90,583 |
| Producer Fees | $ - | $ - | $ 18,018 | $ - | $ - | $ 18,018 |
| Royalty Expenses | $ - | $ - | $ - | $ - | $ - | $ - |
| Payroll | $ - | $ 195,000 | $ - | $ 195,000 | $ - | $ 390,000 |
| Benefits | $ - | $ 3,750 | $ - | $ - | $ 36,000 | $ 39,750 |
| Insurance | $ - | $ 16,006 | $ 46,000 | $ - | $ 93,696 | $ 155,702 |
| Rent & Office Expenses | $ - | $ 52,000 | $ - | $ - | $ - | $ 52,000 |
| Utilities | $ - | $ 235,140 | $ - | $ - | $ - | $ 235,140 |
| Compressor Rental | $ - | $ 66,455 | $ - | $ - | $ - | $ 66,455 |
| Miscellaneous Plant & Upstream Expenses | $ - | $ 6,250 | $ 6,250 | $ 6,250 | $ 6,250 | $ 25,000 |
| Boiler Rental | $ - | $ 45,294 | $ - | $ - | $ - | $ 45,294 |
| Water Hauling | $ - | $ 7,000 | $ - | $ - | $ - | $ 7,000 |
| Chemicals | $ - | $ - | $ - | $ 50,000 | $ - | $ 50,000 |
| Plant & Well Upkeep | $ - | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 40,000 |
| Ordinary Course Legal | $ - | $ - | $ - | $ - | $ 20,000 | $ 20,000 |
| Field Expenses - Fuel & Travel | $ - | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 30,000 |
| Field Expenses - Parts & Supplies | $ - | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 150,000 |
| Internet & Software | $ - | $ 9,500 | $ - | $ - | $ - | $ 9,500 |
| Accounting & Tax Services | $ - | $ 20,000 | $ - | $ - | $ - | $ 20,000 |
| Regulatory Fees | $ - | $ - | $ - | $ - | $ 30,000 | $ 30,000 |
| Taxes | $ - | $ - | $ - | $ - | $ - | $ - |
| Miscellaneous | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 50,000 |
| **Total Operating Disbursements** | $ 10,000 | $ 721,395 | $ 225,851 | $ 316,250 | $ 250,946 | $ 1,524,443 |
| **OPERATING CASH FLOW** | $ 68,891 | $ (660,396) | $ (70,247) | $ (153,441) | $ (2,085) | $ (817,279) |

**PARADOX RESOURCES, LLC**
*5-WEEK CASH COLLATERAL BUDGET*

|  | 1st Week - Ch. 11 Filing | | | | | |
|---|---|---|---|---|---|---|
|  | *Forecast 1* | *Forecast 2* | *Forecast 3* | *Forecast 4* | *Forecast 5* | |
|  | Week Ending 5/28/2023 | Week Ending 6/4/2023 | Week Ending 6/11/2023 | Week Ending 6/18/2023 | Week Ending 6/25/2023 | Total |
| **Other Disbursements** | | | | | | |
| Professional Fees | $ - | $ - | $ - | $ - | $ - | $ - |
| Contract CFO & VP of Finance (Pontem) | $ - | $ - | $ - | $ - | $ 60,000 | $ 60,000 |
| Critical Vendors | $ - | $ - | $ - | $ - | $ - | $ - |
| Royalties - ONRR | $ - | $ - | $ - | $ - | $ - | $ - |
| Roaylties - BLM Helium | $ - | $ - | $ - | $ - | $ - | $ - |
| Capex - Maintenance | $ - | $ - | $ - | $ - | $ - | $ - |
| Capex - Liquefier | $ - | $ - | $ - | $ - | $ - | $ - |
| Capex - CO2 Pipeline | $ - | $ - | $ - | $ - | $ - | $ - |
| Adequate Protection | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Other Disbursements** | $ - | $ - | $ - | $ - | $ 60,000 | $ 60,000 |
| **TOTAL DISBURSEMENTS** | $ 10,000 | $ 721,395 | $ 225,851 | $ 316,250 | $ 310,946 | $ 1,584,443 |
| **NET CASH FLOW** | $ 68,891 | $ (660,396) | $ (70,247) | $ (153,441) | $ (62,085) | $ (877,279) |
| **Cash Balance** | | | | | | |
| Beginning Cash Balance | $ 11,542 | $ 80,433 | $ (579,963) | $ (650,211) | $ (803,652) | |
| Net Cash Flow | $ 68,891 | $ (660,396) | $ (70,247) | $ (153,441) | $ (62,085) | |
| **Ending Cash** | $ 80,433 | $ (579,963) | $ (650,211) | $ (803,652) | $ (865,737) | |
| **NET LIQUIDITY** | $ 80,433 | $ (579,963) | $ (650,211) | $ (803,652) | $ (865,737) | |
| **Estimated Accrual of Professional Fees** | | | | | | |
| Okin & Adams, LLP | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 175,000 |
| Stout Risius Ross, LLC | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 187,500 |
| Donlin Recano | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 37,500 |
| **Estimated Accrued Total** | $ 80,000 | $ 80,000 | $ 80,000 | $ 80,000 | $ 80,000 | $ 400,000 |

*Notes:*

*1) Beginning the 1st week of Ch. 11 filing, check disbursements will be recognized as cash outflow in the week in which they are distributed.*

*2) Professional fees payment timing is subject to interim compensation procedure.*

*3) Estimated Accrual of Professional Fees does not impact the cash flow and it presented for budget reporting purposes. Order approving use of cash collateral to provide carve out for full amount of accrued professional fees shown. Accrued professional fees excludes fees related to U.S. Trustee.*

*4) Payroll includes a salary for Todd Brooks that starts post-petition.*