IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 23-90558 |
| **PARADOX RESOURCES, LLC,** *et al.*, § | |
| § | **Chapter 11** |
| Debtors.[1] § | |
| § | (Joint Administration Requested) |

## NOTICE OF ELECTRONIC HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. A hearing (the "Hearing") is set for **May 24, 2023 at 3:30 p.m.** (prevailing Central Time) before the Honorable David R. Jones, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of Texas (the "Court"), to consider the following matters:

   a. *Debtors' Emergency Ex Parte Application for Entry of an Order Authorizing Employment and Retention of Donlin, Recano & Company, Inc. as Claims and Noticing Agent for the Debtors* [ECF # 6]

   b. *Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of Related Chapter 11 Cases and (II) Granting Related Relief* [ECF # 7];

   c. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix and a Consolidated List of 30 Largest Unsecured Creditors and (B) Redact Certain Personal Identification Information and (II) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and Other Information* [ECF # 8];

   d. *Debtors' Emergency Motion for Entry of an Order Extending Time to File (I) Schedules of Assets and Liabilities, (II) Schedules of Current Income and Expenditures, (III) Schedules of Executory Contracts and Unexpired Leases, and (IV) Statements of Financial Affairs* [ECF # 9];

   e. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Wages to Employees and (II) Granting Related Relief* [ECF # 11];

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Paradox Resources, LLC (7152); Paradox Midstream, LLC (2127); Paradox Upstream, LLC (0256); Capital Commercial Development, Inc. (3124); Neuhaus Barrett Investments, LLC (5529); Four Corners Energy, LLC (8159); and Four Corners Pipeline, LLC (8748). The Debtors' service address is: 500 Dallas Street, Suite 1600, Houston, Texas 77002.

f. *Debtors' Emergency Motion for Entry of an Order (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief* [ECF # 12];

g. *Debtors' Emergency Motion for Entry of an Order Authorizing Continued Use of Prepetition Bank Accounts, Cash Management System, Forms, and Books and Records* [ECF # 13]; and

h. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code; (II) Granting Adequate Protection, Liens and Superpriority Claims to Secured Lenders for the Use Thereof; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 as to Use of Cash Collateral; and (IV) Granting Related Relief* [ECF # 14].

2. **Pursuant to the Procedures for Complex Cases in the Southern District of Texas, the Hearing will be held virtually, and in-person attendance is not permitted**. Audio communication will be by use of the Court's dial-in facility.  You may access the facility at **(832) 917-1510**.  Once connected, you will be asked to enter the conference room number. Judge Jones' conference room number is **205691.**  Video communication will be by use of the **GOTOMEETING** platform.  Connect via the free GoToMeeting application or click the link on Judge Jones's homepage.  The meeting code is "**JudgeJones**".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

3. Parties are encouraged to review the Court's procedures for telephonic appearances located on the Court's website at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-david-r-jones.

4. Any exhibit offered by the Debtors will be filed on the Court's docket. Additionally, the Debtors may have demonstrative exhibits to aid in their presentation to the Court, copies of which may be obtained by any party by sending a request to the undersigned counsel to the Debtors at the email addresses listed below.

5. If any party wishes to offer exhibits, these exhibits should be filed with the Clerk of the Court using the Court's CM/ECF system. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with Bankruptcy Local Rule 9013 and General Order 2020-04.

6. Witnesses presented by the Debtors will appear via audio and video connection. Any person wishing to examine the witness will be permitted to do so during the hearing via audio and/or video, subject to approval of the Court.

Respectfully submitted on the 23rd day of May, 2023.

**OKIN ADAMS BARTLETT CURRY LLP**

By:    /s/ *Matthew S. Okin*
    Matthew S. Okin
    Texas Bar No. 00784695
    Email: mokin@okinadams.com
    David L. Curry, Jr.
    Texas Bar No. 24065107
    Email: dcurry@okinadams.com
    Ryan A. O'Connor
    Texas Bar No. 24098190
    Email: roconnor@okinadams.com
    1113 Vine St., Suite 240
    Houston, Texas 77002
    Tel: 713.228.4100
    Fax: 346.247.7158

**PROPOSED ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023 a true and correct copy of the foregoing Notice was served via this Court's CM/ECF notification system to those parties registered for service upon filing of the same.

By:    /s/ *Matthew S. Okin*
    Matthew S. Okin

.