IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Case No. 23-90558 |
| PARADOX RESOURCES, LLC, *et al.,* | § § § | Chapter 11 |
| Debtors.[1] | § | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

TO THE BANKRUPTCY CLERK AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the undersigned law firm of Miller Mentzer Walker, a Professional Corporation, is appearing for J-W Power Company, a creditor and party in interest in these proceedings, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 2002 of the Rules of Bankruptcy, respectfully requests that all notices which are required to be given in this case and all papers which are required to be served in this case be given to and served upon the undersigned attorney at the address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, notice of any application, complaint, demand, hearing, motion, petition, settlement, pleading, or request, whether formal or informal,

---

[1] The debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Paradox Resources, LLC (7152); Paradox Midstream, LLC (2127); Paradox Upstream, LLC (0256); Capital Commercial Development, Inc. (3124); Neuhaus Barret Investments, LLC (5529); Four Corners Energy, LLC (8159); and Four Corners Pipeline, LLC (8748).  The Debtors' service address is: 500 Dallas Street, Suite 1600, Houston, Texas 77002.

whether written or oral, and whether transmitted or conveyed, by mail, delivery, telephone, telex or otherwise.

                Respectfully submitted,

                */s/ Julie A. Walker*
                Julie A. Walker
                Texas Bar No. 24012970
                MILLER MENTZER WALKER, P.C.
                P.O. Box 130
                100 N. Main St.
                Palmer, Texas 75152
                (972) 845-2222
                (214) 764-6676 (facsimile)
                jwalker@milmen.com

                ATTORNEYS FOR J-W POWER COMPANY

## Certificate of Service

  I certify that on May 23, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                */s/ Julie A. Walker*
                Julie A. Walker