**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| PARADOX RESOURCES, LLC | § | **Case No. 23-90558 (DRJ)** |
| *Debtor* | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that the undersigned appears for Washington Federal Bank, a party in interest in this case, and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, requests that all notices given, or required to be given, in this case and all papers served, or required to be served, in this case, be given to and served upon the undersigned at the office, address and telephone number set forth below.

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, telex or otherwise.

Notwithstanding the aforementioned, please take note that the undersigned attorneys and law firm are not authorized by Washington Federal Bank to accept service of process on behalf of Washington Federal Bank.

Respectfully submitted,

By:   */s/ Catherine S. Curtis*
Catherine S. Curtis
State Bar No. 24074100
Southern District Federal Bar No. 1129434
McGinnis Lochridge LLP
P.O. Box 720788
McAllen, Texas 78504
(956) 489-5958
(956) 331-2304 Fax
ccurtis@mcginnislaw.com

ATTORNEYS FOR WASHINGTON FEDERAL BANK

### CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Notice of Appearance using the Court's CM/ECF filing system, which sends a notice of this filing and an accompanying link to this filing to all parties who have filed a notice of appearance in this case under the Court's CM/ECF system.

Debtor:
Paradox Resources, LLC
500 Dallas Street, Suite 1650
Houston, TX  77002

Debtor's attorney:
Matthew Okin
Okin Adams Bartlett Curry LLP
1113 Vine St. Suite 240
Houston, Texas 77002

Dated: May 23, 2023

*/s/ Catherine S. Curtis*
Catherine S. Curtis