**WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | |
|---|---|
| Case No: 23-90558 | Name of Debtors: **Paradox Resources, LLC, *et al*.** |
| Witnesses:<br>  1. Todd A. Brooks<br>  2. Douglas J. Brickley<br>  3. Any witness called by any other party | Judge: David R. Jones |
| | Hearing Date:  May 24, 2023 |
| | Hearing Time:  3:30 p.m. |
| | Party Names:<br>Paradox Resrouces, LLC, *et al*. |
| | Attorney's Name:  Matthew S. Okin |
| | Attorney's Phone: (713) 228-4100 |

**Nature of Proceedings:**

1. Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix and a Consolidated List of 30 Largest Unsecured Creditors and (B) Redact Certain Personal Identification Information and (II) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and Other information [ECF # 8];

2. Debtors' Emergency Motion for Entry of an Order Extending Time to File (I) Schedules of Assets and Liabilities, (II) Schedules of Current Income and Expenditures, (III) Schedules of Executory Contracts and Unexpired Leases, and (IV) Statements of Financial Affairs [ECF # 9];

3. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Wages to Employees and (II) Granting Related Relief [ECF # 11];

4. Debtors' Emergency Motion for Entry of an Order (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief [ECF # 12];

5. Debtors' Emergency Motion for Entry of an Order Authorizing Continued Use of Prepetition Bank Accounts, Cash Management System, Forms, and Books and Records [ECF # 13]; and

6. Debtors' Emergency Motion for Entry of an Order (I) Authorizing Use of Cash Collateral Pursuant to section 363(c) of the Bankruptcy Code; (II) Granting

Adequate Protection, Liens, and Superpriority Claims to the Secured Lenders for the Use Thereof; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 as to Use of Cash Collateral; and (IV) Granting Related Relief [ECF # 14].

**DEBTORS' EXHIBITS**

| Ex. No. | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Form of Notice of Commencement [ECF # 8-1] | | | | |
| 2. | Proposed Order Granting Consolidated Creditor Matrix Motion [ECF # 8-2] | | | | |
| 3. | Proposed Order Granting Schedules Motion [ECF # 9-1] | | | | |
| 4. | Employee Wage List [ECF # 11-1] | | | | |
| 5. | Proposed Employee Wage Order [ECF # 11-2] | | | | |
| 6. | Utilities Service List [ECF # 12-1] | | | | |
| 7. | Proposed Utilities Order [ECF # 12-2] | | | | |
| 8. | Cash Management Bank Account List [ECF # 13-1] | | | | |
| 9. | Proposed Cash Management Order [ECF # 13-2] | | | | |
| 10. | Cash Collateral Budget [ECF # 14-1] | | | | |
| 11. | Proposed Cash Collateral Order [ECF # 14-2] | | | | |
| 12. | Notice of Electronic Hearing [ECF # 15] | | | | |
| 13. | Certificate of Service of First Day Motions [ECF # 22] | | | | |
| 14. | Any exhibit introduced by any other party | | | | |
| 15. | Rebuttal exhibits | | | | |

4859-4991-1654, v. 1

Respectfully submitted this 23rd day of May, 2023.

**OKIN ADAMS BARTLETT CURRY LLP**

By: _____/s/ *Matthew S. Okin*_____
      Matthew S. Okin
      Texas Bar No. 00784695
      Email: mokin@okinadams.com
      David L. Curry, Jr.
      Texas Bar No. 24065107
      Email: dcurry@okinadams.com
      Ryan A. O'Connor
      Texas Bar No. 24098190
      Email: roconnor@okinadams.com
      1113 Vine St., Suite 240
      Houston, Texas 77002
      Tel: 713.228.4100
      Fax: 346.247.7158

**PROPOSED ATTORNEYS FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2023 a true and correct copy of the foregoing Witness and Exhibit List was served via this Court's CM/ECF notification system to those parties registered for service upon filing of the same.

By: ___/s/ *Matthew S. Okin*___
      Matthew S. Okin

3