**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 23-90558** |
| **PARADOX RESOURCES, LLC,** *et al.,* | § | |
| | § | **Chapter 11** |
| Debtors. | § | |
| | § | **(Joint Administration Requested)** |

**ORDER EXTENDING TIME TO FILE SCHEDULE OF**
**ASSETS AND LIABILITIES, SCHEDULE OF CURRENT INCOME**
**AND EXPENDITURES, SCHEDULE OF EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASES, AND STATEMENT OF FINANCIAL AFFAIRS**
**(Relates to ECF # ___)**

The Court considered the *Emergency Motion for Entry of an Order Extending Time to File (I) Schedule of Assets and Liabilities, (II) Schedule of Current Income and Expenditures, (III) Schedule of Executory Contracts and Unexpired Leases, and (III) Statement of Financial Affairs* (the "Motion"),[1] filed by Paradox Resources, LLC, *et al*., the above-captioned debtors and debtors in possession (the "Debtors").  The Court having reviewed the Motion and any objections thereto; and based on the matters reflected in the record of the hearing held on the Motion; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); that notice of the Motion was sufficient; and it appearing that the emergency relief requested is in the best interests of the Debtors, their estates, creditors, and other parties in interest, and that good cause has been shown therefore, finds that the Motion should be GRANTED.  It is therefore hereby **ORDERED** that:

1.      The time within which the Debtors must file their Schedules and Statements is hereby extended to and including June 26, 2023.  The Debtors may obtain a further extension of the period referenced above by entering into a written stipulation with the U.S. Trustee and filing

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

such stipulation on the Court's docket without the need for further order of the Court; *provided*, *however*, that nothing herein shall prevent the Debtors or the U.S. Trustee from seeking further relief from the Court to the extent that an agreement cannot be reached.

2.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

3.      This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: _____, 2023.

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

2