IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**PARADOX RESOURCES, LLC,** *et al.,*<br><br>Debtors.[1] | § Case No. 23-90558<br>§<br>§ Chapter 11<br>§<br>§ (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )  ss:
COUNTY OF KINGS     )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these Chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, New York, 11219.

3. On the 23rd day of May, 2023, DRC, acting under my supervision, caused a true and accurate copy of the following documents:

    a) Notice of Designation as Complex Cases (Docket No. 2);

    b) Debtors' Emergency Ex Parte Application for Entry of an Order Authorizing Employment and Retention of Donlin, Recano & Company, Inc. as Claims and Noticing Agent for the Debtors (Docket No. 6);

    c) Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of Related Chapter 11 Cases and (II) Granting Related Relief (Docket No. 7);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Paradox Resources, LLC (7152); Paradox Midstream, LLC (2127); Paradox Upstream, LLC (0256); Capital Commercial Development, Inc. (3124); Neuhaus Barret Investments, LLC (5529); Four Corners Energy, LLC (8159); and Four Corners Pipeline, LLC (8748). The Debtors' service address is: 500 Dallas Street, Suite 1600, Houston, Texas 77002.

d)  Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix and a Consolidated List of 30 Largest Unsecured Creditors and (B) Redact Certain Personal Identification Information and (II) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and Other Information (Docket No. 8);

e)  Debtors' Emergency Motion for Entry of an Order Extending Time to File (I) Schedule of Assets and Liabilities, (II) Schedule of Current Income and Expenditures, (III) Schedule of Executory Contracts and Unexpired Leases, and (IV) Statement of Financial Affairs (Docket No. 9);

f)  Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief (Docket No. 10);

g)  Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Wages to Employees and (II) Granting Related Relief (Docket No. 11);

h)  Debtors' Emergency Motion for Entry of an Order (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief (Docket No. 12);

i)  Debtors' Emergency Motion for Entry of an Order Authorizing Continued Use of Prepetition Bank Accounts, Cash Management System, Forms, and Books and Records (Docket No. 13);

j)  Debtors' Emergency Motion for Entry of an Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code; (II) Granting Adequate Protection, Liens and Superpriority Claims to the Secured Lender for the Use Thereof; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 as to Use of Cash Collateral; and (IV) Granting Related Relief (14); and

k)  Notice of Electronic Hearing (Docket No. 15),

to be served via electronic mail upon the parties as set forth in Exhibit 1; via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 2; and via USPS Express Mail Overnight upon the parties as set forth in Exhibit 3, attached hereto.

4. On the 23rd day of May, 2023, DRC, acting under my supervision, caused a true and accurate copy of the following documents:

   a) Notice of Designation as Complex Cases (Docket No. 2);

   b) Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Wages to Employees and (II) Granting Related Relief (Docket No. 11);

   c) Debtors' Emergency Motion for Entry of an Order (I) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief (Docket No. 12);

   d) Debtors' Emergency Motion for Entry of an Order Authorizing Continued Use of Prepetition Bank Accounts, Cash Management System, Forms, and Books and Records (Docket No. 13);

   e) Debtors' Emergency Motion for Entry of an Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code; (II) Granting Adequate Protection, Liens and Superpriority Claims to the Secured Lender for the Use Thereof; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 as to Use of Cash Collateral; and (IV) Granting Related Relief (14); and

   f) Notice of Electronic Hearing (Docket No. 15),

   to be served via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 4, attached hereto.

5. On the 23rd day of May, 2023, DRC, acting under my supervision, caused a true and accurate copy of the following documents:

   a) Notice of Designation as Complex Cases (Docket No. 2);

   b) Debtors' Emergency Motion for Entry of an Order (I) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief (Docket No. 12); and

   c) Notice of Electronic Hearing (Docket No. 15),

   to be served via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 5; and via USPS Express Mail Overnight upon the parties as set forth in Exhibit 6, attached hereto.

6. On the 23rd day of May, 2023, DRC, acting under my supervision, caused a true and accurate copy of the following documents:

   a) Notice of Designation as Complex Cases (Docket No. 2);

   b) Debtors' Emergency Motion for Entry of an Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code; (II) Granting Adequate Protection, Liens and Superpriority Claims to the Secured Lender for the Use Thereof; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 as to Use of Cash Collateral; and (IV) Granting Related Relief (14); and

   c) Notice of Electronic Hearing (Docket No. 15),

   to be served via Federal Express Priority Overnight delivery upon the parties as set forth in <u>Exhibit 7</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 23rd day of May, 2023, in Brooklyn New York.

By _____
Edward A. Calderon

Sworn before me this
23rd day of May 2023

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

# EXHIBIT 1

Case 23-90558   Document 23-13   Filed in TXSB on 05/23/23   Page 6 of 19

Paradox Resources, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 2                                                                                                                       05/23/2023 07:09:08 PM

| | | | |
|---|---|---|---|
| 000040P001-1534S-001<br>AMPLIFY ENERGY OPERATING, LLC<br>500 DALLAS ST STE 1700<br>HOUSTON TX 77002<br>DONNA.TIJERINA@AMPLIFYENERGY.COM | 000039P001-1534S-001<br>CAPITOL OPERATING GROUP, LLC<br>KAYLA MENARD<br>5750 JOHNSTON ST 103<br>LAFAYETTE LA 70503<br>KMENARD@COGLLC.COM | 000037P001-1534S-001<br>CJ CONSTRUCTION, INC<br>COREY JOHNSON<br>PO BOX 510<br>MONTEZUMA CREEK UT 84534<br>COREY@CJCONSTRUCTIONCORP.COM | 000046P001-1534S-001<br>CRADY JEWETT MCCULLEY & HOUREN LLP<br>SHELLEY BUSH MARMON;JOHN D HERRMANN<br>2727 ALLEN PARKWAY STE 1700<br>HOUSTON TX 77019-2125<br>SMARMON@CJMHLAW.COM |
| 000046P001-1534S-001<br>CRADY JEWETT MCCULLEY & HOUREN LLP<br>SHELLEY BUSH MARMON;JOHN D HERRMANN<br>2727 ALLEN PARKWAY STE 1700<br>HOUSTON TX 77019-2125<br>JHERRMANN@CJMHLAW.COM | 000029P001-1534S-001<br>CUTTERS WIRELINE SVC INC<br>CHRIS CALIENDO<br>905 S HUTTON RD<br>FARMINGTON NM 87401<br>CCALIENDO@THEWIRELINEGROUP.COM | 000015P001-1534S-001<br>ELK PETROLEUM ANETH, LLC<br>JEFF ROEDELL<br>1700 LINCOLN ST<br>STE 2550<br>DENVER CO 80203<br>JROEDELL@ELKPETROLEUM.COM | 000038P001-1534S-001<br>EXTREME WIRELINE, INC<br>HEATHER LAMOREAUX<br>PO BOX 150<br>VERNAL UT 84708-0150<br>EXTREME0835@GMAIL.COM |
| 000022P001-1534S-001<br>HALLIBURTON ENERGY SVC INC<br>MARK MAYO<br>3199 D RD<br>GRAND JUNCTION CO 81504<br>MARK.MAYO@HALLIBURTON.COM | 000033P001-1534S-001<br>IDEAL ELECTRIC POWER CO<br>CALVIN BOSMA<br>330 EAST FIRST ST<br>MANSFIELD OH 44902-7700<br>ACCTS.RECEIVABLE@THEIDEALELECTRIC.COM | 000026P001-1534S-001<br>J-W POWER CO<br>JANET PEELER<br>PO BOX 674814<br>DALLAS TX 75267-4814<br>JPEELER@JWENERGY.COM | 000044P001-1534S-001<br>MCGINNIS LOCHRIDGE LLP<br>ELIAS M YAZBECK<br>609 MAIN ST.,STE 2800<br>HOUSTON TX 77002<br>EYASBECK@MCGINNISLAW.COM |
| 000045P001-1534S-001<br>MCGINNIS LOCHRIDGE LLP<br>CHRISTOPHER L HALGREN<br>609 MAIN ST.,STE 2800<br>HOUSTON TX 77002<br>CHALGREN@MCGINNISLAW.COM | 000048P001-1534S-001<br>MCGINNIS LOCHRIDGE LLP<br>CATHERINE S CURTIS<br>P O BOX 720788<br>MCALLEN TX 78504<br>CCURTIS@MCGINNISLAW.COM | 000036P001-1534S-001<br>MILLENNIUM CONTRACTING, INC<br>PO BOX 1499<br>CORTEZ CO 81321<br>MILLENNIUM.CONTRACTING@YAHOO.COM | 000047P001-1534S-001<br>MILLER MENTZER WALKER PC<br>JULIE A WALKER<br>P O BOX 130<br>100 N MAIN ST<br>PALMER TX 75152<br>JWALKER@MILMEN.COM |
| 000014P001-1534S-001<br>OFFICE OF NATURAL RESOURCES<br>MICHAEL MARCHETTI<br>PO BOX 25165<br>DENVER CO 80225-0165<br>MICHAEL.MARCHETTI@ONRR.GOV | 000008P003-1534S-001<br>OFFICE OF THE US TRUSTEE<br>JANA SMITH WHITWORTH<br>CHRISTOPHER ROSS TRAVIS<br>515 RUSK ST<br>STE 3516<br>HOUSTON TX 77002<br>JANA.WHITWORTH@USDOJ.GOV | 000008P003-1534S-001<br>OFFICE OF THE US TRUSTEE<br>JANA SMITH WHITWORTH<br>CHRISTOPHER ROSS TRAVIS<br>515 RUSK ST<br>STE 3516<br>HOUSTON TX 77002<br>C.ROSS.TRAVIS@USDOJ.GOV | 000023P001-1534S-001<br>PHOENIX SVC LLC<br>VICKI COX<br>1670 BLOOMFIELD BLVD<br>FARMINGTON NM 87401<br>VICKI@PHOENIX-SERVICESLLC.COM |
| 000042P001-1534S-001<br>QUAIL TOOLS, LLC<br>MARK LEMAIRE<br>PO BOX 10739<br>NEW IBERIA LA 70562-0739<br>MARKLEMAIRE@QUAILTOOLS.COM | 000034P001-1534S-001<br>QUALITY COMPRESSION SERV INC<br>ROB HOWELL<br>PO BOX 364<br>DOVE CREEK CO 81324<br>HOWELL.QUALITY@GMAIL.COM | 000019P001-1534S-001<br>ROCKY MOUNTAIN NATURAL GAS<br>NICK CLARK<br>PO BOX 1400<br>RAPID CITY SD 57709<br>NICK.CLARK@BLACKHILLSCORP.COM | 000010P001-1534S-001<br>SECURITIES AND EXCHANGE COMMMISSION<br>FT WORTH REG OFFICE<br>801 CHERRY ST UNIT 18<br>STE 1900<br>FORT WORTH TX 76102<br>DFW@SEC.GOV |

Paradox Resources, LLC, et al.
**Electronic Mail**
**Exhibit Pages**

Page # : 2 of 2                                                                                                                  05/23/2023 07:09:08 PM

---

000020P001-1534S-001
SPN WELL SERVICES, INC
KYLE DIDONATO
779 VLY CT
GRAND JUNCTION CO 81505
KDIDONATO@SPNWS.COM

000024P001-1534S-001
SUMMIT OPERATING, LLC
LARRY R WILLIAMS
531 EAST 770 NORTH
OREM UT 84097
LARRY@THESUMMITCOMPANIES.COM

000021P001-1534S-001
TALLY DRILLING, LLC
BRIAN MCNUTT
5611 BAIRD CT
HOUSTON TX 77041
BRIAN.MCNUTT@TALLYENERGY.COM

000032P001-1534S-001
TOPS WELL SERVICES, LLC
SOPHIE XU
3077 OUTLET CTR DR
SEALY TX 77474
SXU@TOPSWELLSERVICES.COM

000030P001-1534S-001
TUCKER TRANSPORTATION INC
MORGAN TUCKER
23156 COUNTY RD N
CORTEZ CO 81321
OFFICE@TUCKERTRANSPORTATIONINC.COM

000012P001-1534S-001
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS
1000 LOUISIANA STE 2300
HOUSTON TX 77002
USATXS.ATTY@USDOJ.GOV

000025P001-1534S-001
WARE, INC
3401 BASHFORD AVE CT
LOUISVILLE KY 40218
SARAH.HUNLEY@WAREINC.COM

000031P001-1534S-001
WESTERN CHEMICAL, LLC
JOE ARNOLD
PO BOX 1327
ROOSEVELT UT 84066-1327
JOE@WESTERN-CHEMICAL.COM

000041P001-1534S-001
ZECO EQUIPMENT, LLC
DWAYNE MURRAY
PO BOX 1459
VERNAL UT 84078
SAIGED@ZECO.BIZ

Records Printed :   33

# EXHIBIT 2

Case 23-90558   Document 23-13   Filed in TXSB on 05/23/23   Page 9 of 19

Paradox Resources, LLC, et al.
Federal Express
Exhibit Page

Page # : 1 of 1                                                                                                   05/23/2023 07:08:42 PM

| | | | |
|---|---|---|---|
| 000040P001-1534S-001<br>AMPLIFY ENERGY OPERATING, LLC<br>500 DALLAS ST STE 1700<br>HOUSTON TX 77002 | 000039P001-1534S-001<br>CAPITOL OPERATING GROUP, LLC<br>KAYLA MENARD<br>5750 JOHNSTON ST 103<br>LAFAYETTE LA 70503 | 000046P001-1534S-001<br>CRADY JEWETT MCCULLEY & HOUREN LLP<br>SHELLEY BUSH MARMON;JOHN D HERRMANN<br>2727 ALLEN PARKWAY STE 1700<br>HOUSTON TX 77019-2125 | 000029P001-1534S-001<br>CUTTERS WIRELINE SVC INC<br>CHRIS CALIENDO<br>905 S HUTTON RD<br>FARMINGTON NM 87401 |
| 000015P001-1534S-001<br>ELK PETROLEUM ANETH, LLC<br>JEFF ROEDELL<br>1700 LINCOLN ST<br>STE 2550<br>DENVER CO 80203 | 000022P001-1534S-001<br>HALLIBURTON ENERGY SVC INC<br>MARK MAYO<br>3199 D RD<br>GRAND JUNCTION CO 81504 | 000033P001-1534S-001<br>IDEAL ELECTRIC POWER CO<br>CALVIN BOSMA<br>330 EAST FIRST ST<br>MANSFIELD OH 44902-7700 | 000043P001-1534S-001<br>INSIGHT ENVIRONMENTAL, INC<br>1330 RAYFORD PK RD<br>STE C<br>SPRING TX 77386 |
| 000007P001-1534S-001<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000044P001-1534S-001<br>MCGINNIS LOCHRIDGE LLP<br>ELIAS M YAZBECK<br>609 MAIN ST.,STE 2800<br>HOUSTON TX 77002 | 000045P001-1534S-001<br>MCGINNIS LOCHRIDGE LLP<br>CHRISTOPHER L HALGREN<br>609 MAIN ST.,STE 2800<br>HOUSTON TX 77002 | 000013P001-1534S-001<br>MICHIGAN DEPT OF TREASURY<br>TAX POLICY DIVISION<br>2ND FL AUSTIN BLDG<br>430 WEST ALLEGAN ST<br>LANSING MI 48922 |
| 000008P003-1534S-001<br>OFFICE OF THE US TRUSTEE<br>JANA SMITH WHITWORTH<br>CHRISTOPHER ROSS TRAVIS<br>515 RUSK ST<br>STE 3516<br>HOUSTON TX 77002 | 000023P001-1534S-001<br>PHOENIX SVC LLC<br>VICKI COX<br>1670 BLOOMFIELD BLVD<br>FARMINGTON NM 87401 | 000017P001-1534S-001<br>ROCKY MOUNTAIN POWER<br>1033 NE 6TH AVE<br>PORTLAND OR 97256-0001 | 000009P001-1534S-001<br>SECURITIES AND EXCHANGE COMMMISSION<br>OFFICE OF THE CHAIRMAN<br>100 F ST NE<br>WASHINGTON DC 20549 |
| 000010P001-1534S-001<br>SECURITIES AND EXCHANGE COMMMISSION<br>FT WORTH REG OFFICE<br>801 CHERRY ST UNIT 18<br>STE 1900<br>FORT WORTH TX 76102 | 000028P001-1534S-001<br>SEPMONTEZUMA CREEK, LLC<br>531 E 770 N<br>OREN UT 84097 | 000020P001-1534S-001<br>SPN WELL SERVICES, INC<br>KYLE DIDONATO<br>779 VLY CT<br>GRAND JUNCTION CO 81505 | 000024P001-1534S-001<br>SUMMIT OPERATING, LLC<br>LARRY R WILLIAMS<br>531 EAST 770 NORTH<br>OREM UT 84097 |
| 000021P001-1534S-001<br>TALLY DRILLING, LLC<br>BRIAN MCNUTT<br>5611 BAIRD CT<br>HOUSTON TX 77041 | 000011P001-1534S-001<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 | 000032P001-1534S-001<br>TOPS WELL SERVICES, LLC<br>SOPHIE XU<br>3077 OUTLET CTR DR<br>SEALY TX 77474 | 000030P001-1534S-001<br>TUCKER TRANSPORTATION INC<br>MORGAN TUCKER<br>23156 COUNTY RD N<br>CORTEZ CO 81321 |
| 000012P001-1534S-001<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF TEXAS<br>1000 LOUISIANA STE 2300<br>HOUSTON TX 77002 | 000035P001-1534S-001<br>UNITED STATES TREASURY<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0038 | 000025P001-1534S-001<br>WARE, INC<br>3401 BASHFORD AVE CT<br>LOUISVILLE KY 40218 | |

Records Printed :   27

# EXHIBIT 3

Paradox Resources, LLC, et al.
USPS Express Mail
Exhibit Page

Page # : 1 of 1                                                                                                   05/23/2023 07:08:57 PM

| 000037P001-1534S-001 | 000038P001-1534S-001 | 000005P001-1534S-001 | 000006P001-1534S-001 |
|---|---|---|---|
| CJ CONSTRUCTION, INC | EXTREME WIRELINE, INC | FRANCHISE TAX BOARD | INTERNAL REVENUE SVC |
| COREY JOHNSON | HEATHER LAMOREAUX | BANKRUPTCY SECTION MSA-340 | CENTRALIZED INSOLVENCY OPERATION |
| PO BOX 510 | PO BOX 150 | PO BOX 2952 | PO BOX 7346 |
| MONTEZUMA CREEK UT 84534- | VERNAL UT 84708 | SACRAMENTO CA 95812 | PHILADELPHIA PA 19101 |
| | | | |
| 000026P001-1534S-001 | 000048P001-1534S-001 | 000036P001-1534S-001 | 000047P001-1534S-001 |
| J-W POWER CO | MCGINNIS LOCHRIDGE LLP | MILLENNIUM CONTRACTING, INC | MILLER MENTZER WALKER PC |
| JANET PEELER | CATHERINE S CURTIS | PO BOX 1499 | JULIE A WALKER |
| PO BOX 674814 | P O BOX 720788 | CORTEZ CO 81321- | P O BOX 130 |
| DALLAS TX 75267 | MCALLEN TX 78504- | | 100 N MAIN ST |
| | | | PALMER TX 75152- |
| | | | |
| 000014P001-1534S-001 | 000042P001-1534S-001 | 000034P001-1534S-001 | 000019P001-1534S-001 |
| OFFICE OF NATURAL RESOURCES | QUAIL TOOLS, LLC | QUALITY COMPRESSION SERV INC | ROCKY MOUNTAIN NATURAL GAS |
| MICHAEL MARCHETTI | MARK LEMAIRE | ROB HOWELL | NICK CLARK |
| PO BOX 25165 | PO BOX 10739 | PO BOX 364 | PO BOX 1400 |
| DENVER CO 80225 | NEW IBERIA LA 70562 | DOVE CREEK CO 81324- | RAPID CITY SD 57709- |
| | | | |
| 000016P001-1534S-001 | 000027P001-1534S-001 | 000018P001-1534S-001 | 000031P001-1534S-001 |
| SAN JUAN COUNTY TAX ASSESSOR | SAN MIGUEL COUNTY TREASURER | US SMALL BUSINESS ADMINISTRATION | WESTERN CHEMICAL, LLC |
| BRUCE ADAMS | PO BOX 488 | PO BOX 3918 | JOE ARNOLD |
| PO BOX 817 | TELLURIDE CO 81435 | PORTLAND OR 97208 | PO BOX 1327 |
| MONTICELLO UT 84535 | | | ROOSEVELT UT 84066 |

000041P001-1534S-001
ZECO EQUIPMENT, LLC
DWAYNE MURRAY
PO BOX 1459
VERNAL UT 84078-

Records Printed :   17

# EXHIBIT 4

**Paradox Resources, LLC, et al.**
**Federal Express**
**Exhibit Page**

| Page # : 1 of 1 | 05/23/2023 07:21:00 PM |
|---|---|

| | |
|---|---|
| 000001P001-1534A-001A<br>WASHINGTON FEDERAL BANK<br>425 PIKE ST<br>SEATTLE WA 98101 | 000002P001-1534A-001A<br>WELLS FARGO BANK NA<br>1001 LOUISIANA ST<br>HOUSTON TX 77002 |

Records Printed : **2**

# EXHIBIT 5

Paradox Resources, LLC, et al.
Federal Express
Exhibit Page

Page # : 1 of 1                                                                                                          05/23/2023 07:25:47 PM

| 000008P001-1534A-001B<br>BRUIN WASTE MANAGEMENT, LLC<br>31450 CO-145<br>NATURITA CO 81422 | 000003P001-1534A-001B<br>CENTURYLINK<br>100 CENTURY LINK DR<br>MONROE LA 71203 | 000014P001-1534A-001B<br>EMPIRE ELECTRIC ASSOCIATION, INC<br>801 N BROADWAY<br>CORTEZ CO 81321 | 000009P001-1534A-001B<br>FRONTIER COMMUNICATIONS<br>401 MERRITT 7<br>NORWALK CT 06851 |
| --- | --- | --- | --- |
| 000006P001-1534A-001B<br>MONTROSE WATER FACTORY, LLC<br>201 COLORADO AVE<br>MONTROSE CO 81401 | 000010P001-1534A-001B<br>NUCLANATURITA TELEPHONE CO<br>421 MAIN ST<br>NUCLA CO 81424 | 000011P001-1534A-001B<br>ONE ALLEN CENTER<br>500 DALLAS ST<br>HOUSTON TX 77002 | 000004P001-1534A-001B<br>PURE COUNTRY WATER INC<br>148 S 200 E<br>PRICE UT 84501 |
| 000005P001-1534A-001B<br>RING CENTRAL<br>LEGAL DEPT<br>20 DAVIS DR<br>BELMONT CA 94002 | 000015P001-1534A-001B<br>ROCKY MOUNTAIN POWER<br>825 NE MULTNOMAH ST<br>PORTLAND OR 97232 | 000016P001-1534A-001B<br>ROCKY MOUNTAIN POWER<br>D/B/A BLACK HILLS PIPELINE<br>825 NE MULTNOMAH ST<br>PORTLAND OR 97232 | 000013P001-1534A-001B<br>SAN MIGUEL POWER ASSOCIATION<br>720 N RAILROAD ST<br>RIDGWAY CO 81432 |
| 000007P001-1534A-001B<br>SOLID WASTE SPECIAL SVC DISTRICT #1<br>2295 S HWY 191<br>MOAB UT 84532 | 000012P001-1534A-001B<br>SPRINT - T-MOBILE<br>6200 SPRINT PKWY<br>OVERLAND PARK KS 66251 | | |

Records Printed :  14

# EXHIBIT 6

Paradox Resources, LLC, et al.
USPS Express Mail
Exhibit Page

Page # : 1 of 1  05/23/2023 07:25:59 PM

000008S001-1534A-001B
BRUIN WASTE MANAGEMENT, LLC
PO BOX 630
NATURITA CO 81422-

000003S001-1534A-001B
CENTURYLINK
PO BOX 4300
CAROL STREAM IL 60197

000014S001-1534A-001B
EMPIRE ELECTRIC ASSOCIATION, INC
PO BOX K
CORTEZ CO 81321-

000009S001-1534A-001B
FRONTIER COMMUNICATIONS
PO BOX 211579
EAGAN MN 55121

000006S001-1534A-001B
MONTROSE WATER FACTORY, LLC
PO BOX 367
MONTROSE CO 81402-

000010S001-1534A-001B
NUCLANATURITA TELEPHONE CO
PO BOX 520
NUCLA CO 81424-

000004S001-1534A-001B
PURE COUNTRY WATER INC
PO BOX 32
PRICE UT 84501-

000015S001-1534A-001B
ROCKY MOUNTAIN POWER
PO BOX 26000
PORTLAND OR 97256

000016S001-1534A-001B
ROCKY MOUNTAIN POWER
D/B/A BLACK HILLS PIPELINE
PO BOX 26000
PORTLAND OR 97256

000013S001-1534A-001B
SAN MIGUEL POWER ASSOCIATION
PO BOX 1150
RIDGWAY CO 81432

000012S001-1534A-001B
SPRINT - T-MOBILE
PO BOX 4181
CAROL STREAM IL 60197

Records Printed : 11

# EXHIBIT 7

**Paradox Resources, LLC, et al.**
**Federal Express**
**Exhibit Page**

| Page # : 1 of 1 | 05/23/2023 07:37:34 PM |
|---|---|

000001P001-1534A-001C
WASHINGTON FEDERAL BANK
425 PIKE ST
SEATTLE WA 98101

Records Printed : **1**