IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PARADOX RESOURCES, LLC, | § | Case No. 23-90558 |
| | § | |
| DEBTORS. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **HALLIBURTON ENERGY SERVICES, INC.** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following addresses.

Jeff Carruth

E-mail: jcarruth@wkpz.com

Dated: May 24, 2023

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: _/s/ Jeff Carruth_
JEFF CARRUTH (TX SBN:. 24001846)
24 Greenway Plaza, Suite 2050
Houston, Tx 77046
Telephone: (713) 341-1158
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR HALLIBURTON ENERGY SERVICES, INC.