IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PARADOX RESOURCES, LLC, *et al.*, | ) ) ) | Case No. 23-90558 (DRJ) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS IN DEBTORS' OBJECTION TO LEGALIST, INC.'S
MOTION FOR ENTRY OF AN ORDER (I) ALLOWING AND DIRECTING
PAYMENT OF ITS ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO
11 U.S.C. §§ 503(b)(1)(A) AND 503(b)(3)(D) AND (II) GRANTING RELATED RELIEF**

[Relates to Docket No. 220]

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby object to *Legalist, Inc.'s Motion for Entry of an Order (I) Allowing and Directing Payment of its Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(b)(3)(D) and (II) Granting Related Relief* [Docket No. 220] (the "Motion") and joins in, adopts, and puts forth the legal arguments and authorities contained in the Debtors' objection to the Motion [Docket No. 276] as if set forth at length herein in their entirety.

For these reasons, the Committee respectfully requests that the Court deny the Motion.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Paradox Resources, LLC (7152); Paradox Midstream, LLC (2127); Paradox Upstream, LLC (0256); Capital Commercial Development, Inc. (3124); Neuhaus Barrett Investments, LLC (5529); Four Corners Energy, LLC (8159); and Four Corners Pipeline, LLC (8748). The Debtors' service address is: 500 Dallas Street, Suite 1600, Houston, Texas 77002.

4874-0168-6141

Respectfully submitted this 1st day of September, 2023.

**GRAY REED**

By:  /s/ *Jason S. Brookner*
Jason S. Brookner
Texas Bar No. 24033684
Lydia R. Webb
Texas Bar No. 24083758
Amber M. Carson
Texas Bar No. 24075610
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email:  jbrookner@grayreed.com
  lwebb@grayreed.com
  acarson@grayreed.com

*Counsel to the Official Committee of Unsecured Creditors*

### Certificate of Service

The undersigned hereby certifies that on the 1st day of September, 2023, she caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system.

 /s/ *Lydia R. Webb*
Lydia R. Webb